IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DEREK RATCLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREENS,<br><br>    Defendant. | Case No.: 2:21-cv-948-KWR-KRS |

**ORDER EXTENDING DISCOVERY PERIOD**

THIS MATTER is before the Court on the Parties' Joint Motion to Extend Discovery Deadlines, (Doc. 43). Having considered the Motion, record of the case, and relevant law, IT IS HEREBY ORDERED that the Court's November 9, 2021 Scheduling Order is modified as follows:

1. The deadline for conducting depositions in this action is extended through and including **July 8, 2022**.

2. The deadline for discovery motions is extended until **August 1, 2022**.

3. The deadline for all other motions is extended until **August 11, 2022**.

4. The deadline for Plaintiff to submit his Pretrial Order to Defendant is extended to **September 26, 2022**

5. The deadline for Defendant to submit his Pretrial Order to Plaintiff is extended to **October 10, 2022**.

_____
KEVIN R. SWEZEA
UNITED STATES MAGISTRATE JUDGE