IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEREK RATCLIFF,

    Plaintiff,

v.                                             No. 2:21-cv-948 KWR/KRS

WALGREENS,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend Plaintiff's Response Brief Deadline and Certain Pretrial Deadlines, (Doc. 66), filed June 23, 2022. Plaintiff asks for an extension to file a response to Defendant's Second Motion to Compel, (Doc. 51), and to extend the parties' deadline for conducting depositions and filing dispositive motions. Having considered the unopposed motion and record of the case, the Court GRANTS the Motion to Extend. The parties' deadlines are extended as follows:

1. Plaintiff's deadline to respond to Defendant's Second Motion to Compel, (Doc. 51), is extended to **July 5, 2022**.

2. The deadline for conducting depositions in this action is extended to **July 22, 2022**.

3. The deadline for dispositive motions is extended to **August 31, 2022**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE