IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DEREK RATCLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREENS,<br><br>    Defendant. | Case No.: 2:21-cv-948-KWR-KRS |

## ORDER

Defendant Walgreen's Motion to Withdraw A. Jonathan Jackson as Counsel of Record is granted. It is hereby ORDERED that A. Jonathan Jackson is permitted to withdraw as counsel for Defendant Walgreens. Amelia M. Willis will continue as counsel for Defendant.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE