IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEREK RATCLIFF,

    Plaintiff,

v.

WALGREENS,

    Defendant.

Case No.: 2:21-cv-948 KWR/KRS

## ORDER

Defendant Walgreen's Consent Motion to Take Deposition of Tim Stillman Outside Discovery Period is granted for good cause shown. It is hereby ORDERED that the parties have until September 30, 2022 to take Mr. Stillman's deposition. This Order shall not alter any other case management deadlines currently set.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE